# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOREAN DEPOSIT INSURANCE CORPORATION, Trustee of Bankrupt Seoul Mutual Savings Bank,<br><br>      Plaintiffs,<br><br>  v.<br><br>JUNGHAN SUH and JUNGEUN LEE,<br><br>      Defendants. | CASE NO. 1:14-CV-13186-RWZ<br><br>**JOINT STATUS REPORT**<br><br>**Action Filed:** August 1, 2014<br>**Trial date:** None Set |

## JOINT STATUS REPORT TO THE COURT

**I.    INTRODUCTION**

The Parties are pleased to report to the Court that the Underlying Action and the Defendants' Korean Action as defined below have settled. There are conditions upon full settlement which should be either met or not by the end of May, 2018. Assuming satisfaction of the aforementioned conditions, the Plaintiff has agreed to dismiss this action, with prejudice, without costs, and to remove the lis pendens currently recorded on the Defendants' home. Should the conditions not be met timely, the Parties propose a further status report to the Court no later than July 15, 2018.

## II. BACKGROUND

KDIC's action stems from a series of monetary transfers allegedly effected by Defendants' father/father-in-law, Kap Soo Suh (hereinafter "Mr. Suh") to the Defendants, in which KDIC contends, and Defendants deny, was designed to hinder, defraud, and/or delay KDIC from collecting on a potential judgment and/or debt against Mr. Suh, or for which the Defendants allegedly received without receiving a reasonably equivalent value – in violation of the Massachusetts Uniform Fraudulent Transfer Act, Mass. Gen. Laws Ch. 109A, § 1, *et seq.* KDIC alleges that Mr. Suh made these transfers after learning or having reason to believe that he would be personally liable for certain loans he authorized while he was a CEO of the now-bankrupt Seoul Mutual Savings Bank.

The action is related to two foreign proceedings in the Republic of Korea, *Korea Deposit Insurance Corp. v. Suh Kap Soo, et al.*, Case No. 2013GaHap(가합)535979 (Seoul Central Ct., filed Aug. 5, 2013) (the "Underlying Action") and *Korea Deposit Insurance Corp. v. Suh Kap Soo, et al.*, Case No. 2014GaHap(가합)546198 (Seoul Central Ct., filed Jun. 30, 2014) (the "Defendants Korean Action"). The Underlying Action directly addresses Mr. Suh's personal liability for his actions at Seoul Mutual, while the Defendants Korean Action

addresses whether any purported transfers he made constituted fraudulent conveyances under Korea's laws.

On August 25, 2015, pursuant to the parties' stipulation, the Court entered an order staying this action pending the completion of the Underlying Action, including the exhaustion of any and all settlement and/or appeals. (*See* Dkt. Nos. 40, 42.) Since the original stay was entered, it has been continued with the Court updated by status report.

The Defendants believe that the conditions placed upon the settlement will be satisfied, and this case will be dismissed in early June, 2018, but out of an abundance of caution the parties request the stay be extended until July 15, 2018 at which time, if necessary, a further status report will be filed.

Dated:  May 18, 2018

    Respectfully submitted,

    *Attorneys for Defendants*
    *Junghan Suh and Jungeun Lee*

    By: /s/ *David G. Hanrahan*
    David G. Hanrahan
    dhanrahan@gilmac.com
    Joshua D. Klebanoff (BBO# 685886)
    Gilman, McLaughlin & Harahan, LLP
    101 Merrimac Street, Suite 800
    Boston, MA 02114-9601
    Telephone:  (617) 227-9999
    Facsimile:   (617) 227-7177

    *Attorneys for Plaintiff*
    KOREA DEPOSIT INSURANCE CORPORATION


    By: /s/ *James K. Haney*
    James K. Haney (BBO # 568635)
    WONG FLEMING
    821 Alexander Road
    Suite 200, P.O. Box 3663
    Princeton, New Jersey 08543
    Tel: 609-951-9520
    Fax 609-951-0270
    Email: jhaney@wongfleming.com

    David L. Cheng (*Pro Hac Vice*)
    dcheng@fordharrison.com
    FORD & HARRISON LLP
    350 South Grand Avenue, Suite 2300
    Los Angeles, CA  90071
    Telephone:  (213) 237-2400
    Facsimile:   (213) 237-2401

## CERTIFICATE OF SERVICE

      I, Joshua D. Klebanoff, hereby certify that on May 18, 2018, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

David L. Cheng (*Pro Hac Vice*)
dcheng@fordharrison.com
FORD & HARRISON LLP
350 South Grand Avenue, Suite 2300
Los Angeles, CA 90071
Telephone: (213) 237-2400
Facsimile: (213) 237-2401

James K. Haney (BBO # 568635)
WONG FLEMING
821 Alexander Road
Suite 200, P.O. Box 3663
Princeton, New Jersey 08543
Email: jhaney@wongfleming.com

                                                      By: /s/ *Joshua D. Klebanoff*