# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOREA DEPOSIT INSURANCE CORPORATION, Trustee of Bankrupt Seoul Mutual Savings Bank,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>JUNGHAN SUH and JUNGEUN LEE,<br><br>　　　　Defendants. | CASE NO. 1:14-CV-13186-RWZ<br><br>**NOTICE OF RECORDING OF WITHDRAWAL OF NOTICE OF PENDENCY OF ACTION (LIS PENDENS)**<br><br>Action Filed:　August 1, 2014<br>Trial date:　　None Set |

## NOTICE OF RECORDING OF WITHDRAWAL OF NOTICE OF PENDENCY OF ACTION (LIS PENDENS)

**TO THE COURT, AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE THAT**, on June 11, 2018, and pursuant to the Parties' stipulation of settlement, Plaintiff KOREA DEPOSIT INSURANCE CORPORATION hereby filed and recorded a release and withdrawal of the Notice of Pendency of Action (Lis Pendens) ("Withdrawal Notice"), which it had originally recorded with the Norfolk County Registry of Deeds on August 4, 2014 as Book Number 32450, Page 551 (Instrument # 65758). A true and correct copy of an abstract printout from the Norfolk County Registry of Deeds, evidencing the

recording of the Withdrawal Notice (recorded as Book No. 36048, Page 161 (Instrument # 47203), is attached hereto as **Exhibit A**.

Dated: June 18, 2018

Respectfully submitted,

*Attorneys for the Plaintiff*
*Korea Deposit Insurance Corporation*

By: */s/ James K. Haney*
James K. Haney (BBO # 568635)
WONG FLEMING
821 Alexander Road
Suite 200, P.O. Box 3663
Princeton, New Jersey 08543
Tel: 609-951-9520
Fax 609-951-0270
Email: jhaney@wongfleming.com

By: */s/ David L. Cheng*
David Cheng
dcheng@fordharrison.com
FORD & HARRISON LLP
350 South Grand Avenue, Suite 2300
Los Angeles, CA 90071
Telephone: (213) 237-2400
Facsimile: (213) 237-2401

# EXHIBIT A

Norfolk County Registry of Deeds

Subscriber login  Use Public Search Version |Documents in Cart BRTF (3)



## Records Database
William P. O'Donnell
Register of Deeds & Assistant Recorder of the Land Court

*William P O'Donnell Register*

- Research Home
- Search by Name or Address
- Search Registry Records
- Search Land Court Records
- Search Plans
- Manually Add to Cart

# Recorded Land Docs Abstract Search Results

## Search Terms

Search Document ID 36048-161
Database Searched   Land Document Index from Jan 1,1793 thru Jun 12, 2018 #47988 @ 03:12

[ Modify Search ] [ New Search ]

show more text

**Can't find what you are looking for? Try one of the following:**

- show/modify your search terms

- Select another Deeds Database to look in for your document with the same search terms
To print or check the print cart -> click on the **Documents in Cart (x)** located in the upper right corner of the page.
Prev DocNext Doc If you need research assistance please call us at (781) 461-6101

[ Chgs Jrnl ]

Print Search Results If you need technical assistance please call us at (781) 234-3330

read more

Bk/Pg:36048-161   Recorded: 06-11-2018 @ 10:39:26am Inst #: 47203 Chg: N Vfy: N Sec: N

Pages in document: 3
Grp: 1
Type: RELEASE
Desc: LIS PENDENS
Refers to Book: 32450-551

Town: BROOKLINE  Addr: 23 HARVARD AVENUE

Gtor:KOREA DEPOSIT INSURANCE CORPORATION (TR PLF) (Gtor)
Gtor:SEOUL MUTUAL SAVINGS BANK (PLF) (Gtor)
Gtor:SUH, JUNGHAN (DFT & AL) (Gtor)
Gtor:LEE, JUNGEUN (DFT & AL) (Gtor)

Return addr:   WONG FLEMIMG PC
PO BOX 3663
PRINCETON, NJ 08543-3663

Recording Fee: 56.00 State excise: .00 Surcharge: 20.00

Prev DocNext Doc
Print Search Results

show more text

- Quicklinks
- Norfolk County Registry of Deeds Homepage
- Other Massachusetts Registries of Deeds

show less text County Government and Communities
- Norfolk County Local Assessors / GIS
- Directions
- Contact Us

- Support
- Tutorials
    - Online Research Introduction
    - How Names are Indexed in the Computer
    - How To Search Land Records
    - What Type of Land is it?
- Frequently Asked Questions
    - Research Questions
    - Technical Support Questions
- Glossary of Terms
- Assistance
    - For Research assistance, call (781) 461-6101
    - For Account assistance, call (781) 461-6116
    - For Technical assistance, call (781) 234-3330

- Services
- Print a test page
- Set Viewing/Printing Preferences
- Download the Browntech PlugIn
- Verify your Java version
- Test your system's ability to store cookies
    - Cookie Test -Set cookie
    - Cookie Test -Read cookie

Copyright 2011-2016 Brown*tech, inc*
& Norfolk County Massachusetts

powered by   BROWN*tech, inc.*
Document Management Systems

... read more

# CERTIFICATE OF SERVICE

I, David L. Cheng, hereby certify that on June 18, 2018, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

David G. Hanrahan
Joshua D. Klebanoff
GILMAN, MCLAUGHLIN & HARAHAN, LLP
101 Merrimac Street, Suite 800
Boston, MA 02114-9601
Email: dhanrahan@gilmac.com
       jklebanoff@gilmac.com
Telephone: (617) 227-9999
Facsimile: (617) 227-7177

James K. Haney
WONG FLEMING
821 Alexander Road
Suite 200, P.O. Box 3663
Princeton, New Jersey 08543
Email: jhaney@wongfleming.com

By: /s/ *David L. Cheng*

WSACTIVELLP:9824275.1