UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**KOREA DEPOSIT INSURANCE CORPORATION,**
**Trustee of Bankrupt Seoul Mutual Savings Bank,**            **CIVIL ACTION NO.**

        **Plaintiff**                                                                    **1:14-cv-13186-RWZ**
**V.**

**JUNGHAN SUH; and JUNGEUN LEE,**

        **Defendants**

## JOINT STIPULATION FOR DISMISSAL

Now come the parties in the above-entitled action, by their attorneys, and hereby stipulate and agree that the action be Dismissed, with prejudice, and with all parties to bear their own attorney's fees and costs.

Dated this 18th day of June, 2018.

    Respectfully submitted,

    *Attorneys for Defendants*
    *Junghan Suh and Jungeun Lee*

    By: */s/ David G. Hanrahan*
    David G. Hanrahan
    dhanrahan@gilmac.com
    Joshua D. Klebanoff (BBO# 685886)
    Gilman, McLaughlin & Harahan, LLP
    101 Merrimac Street, Suite 800
    Boston, MA 02114-9601
    Telephone:   (617) 227-9999
    Facsimile:    (617) 227-7177

*Attorneys for the Plaintiff*
*Korean Deposit Insurance Corporation*

By: */s/ James K. Haney*
James K. Haney (BBO # 568635)
WONG FLEMING
821 Alexander Road
Suite 200, P.O. Box 3663
Princeton, New Jersey 08543
Tel: 609-951-9520
Fax 609-951-0270
Email: jhaney@wongfleming.com

By: */s/ David L. Cheng*
David Cheng
dcheng@fordharrison.com
FORD & HARRISON LLP
350 South Grand Avenue, Suite 2300
Los Angeles, CA   90071
Telephone:   (213) 237-2400
Facsimile:   (213) 237-2401

## **CERTIFICATE OF SERVICE**

      I, David L. Cheng, hereby certify that on June 18, 2018, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

David G. Hanrahan  
Joshua D. Klebanoff  
GILMAN, MCLAUGHLIN & HARAHAN, LLP  
101 Merrimac Street, Suite 800  
Boston, MA 02114-9601  
Email: dhanrahan@gilmac.com  
        jklebanoff@gilmac.com  
Telephone:   (617) 227-9999  
Facsimile:     (617) 227-7177  

James K. Haney  
WONG FLEMING  
821 Alexander Road  
Suite 200, P.O. Box 3663  
Princeton, New Jersey 08543  
Email: jhaney@wongfleming.com  

                                               By: /s/ *David L. Cheng*

```
WSACTIVELLP:9824242.1
```